O'DAILY *v.* THE STATE, Two Cases.

From the *Tippecanoe* Common Pleas.

DAUPHIN *v.* THE STATE, Two Cases.

From the *Tippecanoe* Common Pleas.

SHANK *v.* THE STATE.

From the *Lagrange* Common Pleas.

GRIFFIN *v.* THE STATE.

From the *Tippecanoe* Common Pleas.

DELL *v.* THE STATE.

From the *Tippecanoe* Common Pleas.

REDIN *v.* THE STATE.

From the *Tippecanoe* Common Pleas.

HEMBERGER *v.* THE STATE.

From the *Jennings* Common Pleas.

*Per Curiam.*—These were all prosecutions under the liquor law of 1855. The defendants below were fined. The judgments in all the cases are reversed for the reason given in the case of *O'Daily* v. *The State*, 9 Ind. R. 494.